Matter of Bertinelli (2026 NY Slip Op 00565)

Matter of Bertinelli

2026 NY Slip Op 00565

Decided on February 5, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 5, 2026

PM-25-26
[*1]In the Matter of Alexa Elena Bertinelli, an Attorney. (Attorney Registration No. 5368089.)

Calendar Date:February 2, 2026

Before:Aarons, J.P., Pritzker, Ceresia, Powers and Mackey, JJ. 

Alexa Elena Bertinelli, Baltimore, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Alexa Elena Bertinelli was admitted to practice by this Court in 2015 and lists a business address in Baltimore, Maryland with the Office of Court Administration. Bertinelli now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Bertinelli's application.
Upon reading Bertinelli's affidavit sworn to December 5, 2025 and filed December 15, 2025, and upon reading the January 28, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Bertinelli is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Aarons, J.P., Pritzker, Ceresia, Powers and Mackey, JJ., concur.
ORDERED that Alexa Elena Bertinelli's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Alexa Elena Bertinelli's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Alexa Elena Bertinelli is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Bertinelli is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Alexa Elena Bertinelli shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.